BRYAN MCAVENEY, Respondent, *v.* ATTILIO PASQUINI et al., Appellants.

*McAveney* v. *Pasquini,* 23 App. Div. 120, affirmed.
(Submitted April 27, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1897, modifying, and affirming as modified, a judgment in favor of plaintiff entered upon the report of a referee.

*Charles H. Luscomb* for appellants.

*George S. Daniels* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.